**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Maryalyce W. Cox
Mehaffy Weber
500 Dallas, Suite 2800
Houston TX 77002

E. Wade Carpenter
Mehaffy Weber, P.C.
500 Dallas, Ste. 2800
Houston TX 77002

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on February 16, 2022

**REHEARING ACTION: February 16, 2022**

**Docket Number: 21   00341-CA**

**BRIAN MULLEN**
**VERSUS**
**STATE FARM MUTUAL AUTO. INS CO., ET AL.**

**Appealed from Calcasieu Parish Case No. 2016-2314**

**BEFORE JUDGES:**

   **Hon. Sylvia R. Cooks**
   **Hon. Van H. Kyzar**
   **Hon. J. Larry Vidrine**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Lanxess Corporation, et al** has this day been

   **DENIED.**

cc: Chad A. Sullivan, Counsel for the Appellant
    Tiffany T. Kopfinger, Counsel for the Appellant
    John Powers Wolff, III, Counsel for the Appellant
    Collin Joseph LeBlanc, Counsel for the Appellant
    Sydnee D. Menou, Counsel for the Appellant
    Gregory Paul Allen Marceaux, Counsel for the Appellee